# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

Prudential

V.

Batick, et al

2005 MAR 29  A 11: 44

U.S. DISTRICT COURT
NEW HAVEN, CT

CASE NUMBER: **3:00cv1595 JBA**

## ORDER OF DISPOSAL OF PROPERTY

Notice was sent to counsel of record in the above-identified case that absent the filing of a motion for return of property or an objection by __2/26/05__ , all property will be disposed of accordingly.

No motion for return of property or objection having been filed to date, it is hereby **ORDERED** that the following property may be disposed of accordingly:

**Surety Bond in the amount of $100,000.00**

Dated at __New Haven__, this __23rd__ Day of __March__, 2005.

_____
**Hon. Janet B. Arterton**
United States District Judge